**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-3224
_____

MAIDEN CREEK ASSOCIATES, L.P.;
BOARD OF SUPERVISORS OF MAIDENCREEK TOWNSHIP,
Appellants

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION;
SECRETARY UNITED STATES DEPARTMENT OF TRANSPORTATION;
ADMINISTRATOR FEDERAL HIGHWAY ADMINISTRATION;
PENNSYLVANIA DEPARTMENT OF TRANSPORTATION
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(D.C. Civil No. 5-15-cv-00242)
District Judge: Honorable Lawrence F. Stengel
_____

Argued: April 5, 2016
_____

Before: FISHER, RENDELL and BARRY, *Circuit Judges*

ORDER AMENDING OPINION

(Opinion Filed: May 19, 2016)
_____


It appearing that counsel for appellant Maiden Creek Associates, L.P., was incorrectly identified as Marc B. Kaplan rather than Marc B. Kaplin on the listing of counsel for the opinion filed on May 19. 2016;

At the direction of the Court, it is hereby O R D E R E D that the opinion is amended as follows:

Marc B. Kaplin, Esq. (Argued)
Daniel R. Utain, Esq.
Kaplin, Stewart, Meloff, Reiter & Stein
910 Harvest Drive
P.O. Box 3037
Blue Bell, PA 19422

*Counsel for Maiden Creek Associates, L.P.*

For the Court,

Marcia M. Waldron, Clerk
Date: May 20, 2015